CSD 2500A [02/01/15]

**Name, Address, Telephone No. & I.D. No.**
Gary E. Slater (State Bar No. 99141)
Timothy J. Truxaw (State Bar No. 106428)
SLATER & TRUXAW, LLP
15373 Innovation Drive, Suite 210
San Diego, California 92128
Tel: (858) 675-0755
Fax: (858) 675-0733
Email: tjt@slatertruxaw.com; ges@slatertruxaw.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re  JEFFERY LY

Debtor

Bankruptcy No. 17-06498-LT7

RONALD E. STADTMUELLER, Chapter 7 Trustee,

Plaintiff(s)

Adversary No. 18-90013-LT

v.
BEVERLY HILLS PROPERTY MANAGEMENT, et al.
(see attachment)

Defendant(s)

## AMENDED SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk

Clerk, United States Bankruptcy Court
Southern District of California
325 West F Street
San Diego, California 92101-6991

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney
Timothy J. Truxaw
15373 Innovation Drive, Suite 210
San Diego, CA 92128

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Barry K. Lander, Clerk of the Bankruptcy Court

Dated: 2-9-18

By: _____, Deputy Clerk

CSD 2500A

Case 18-90013-LT    Filed 02/09/18    Entered 02/09/18 12:17:34    Doc 8    Pg. 2 of 5

Case 18-90013-LT    Filed 02/09/18    Entered 02/09/18 10:50:28    Doc 7    Pg. 2 of 3
Case 18-90013-LT    Filed 02/09/18    Entered 02/09/18 09:14:27    Doc 6    Pg. 2 of 3

(Attachment to Amended Summons)

**continued caption:**

**Listing of Defendant Names:**

BEVERLY HILLS PROPERTY MANAGEMENT, a California corporation, aka/fka Beverly Hills Property Management and Concierge Services;

BEVERLY HILLS PROPERTY MANAGEMENT VALET, a California corporation, aka/fka Beverly Hills Property Management and Concierge Service;

PETER FERGUSON, aka Peter A. Ferguson, individually and doing business as Beverly Hills Property Management, also doing business as Beverly Hills Property Management Valet, also doing business as Beverly Hills Property Management and Concierge Service.

CSD 3010 [12/01/15]
Name, Address, Telephone No. & I.D. No.

GARY E. SLATER (Bar No. 99141)
TIMOTHY J. TRUXAW (Bar No. 106428)
SLATER & TRUXAW, LLP
15373 Innovation Drive, Suite 210
San Diego, California  92128
Telephone: (858) 675-0755/Facsimile: (858) 675-0733

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re<br>JEFFERY LY<br>Debtor. | BANKRUPTCY NO. 17-06498-LT7 |
|---|---|
| RONALD E. STADTMUELLER,<br>Chapter 7 Trustee<br>Plaintiff(s) | ADVERSARY NO. 18-90013-LT |
| v.<br>BEVERLY HILLS PROPERTY MANAGEMENT,<br>et al.<br>Defendant(s) | |

# PROOF OF SERVICE

I, Gina R. Lucas, am a resident of the State of California, over the age of 18 years, and not a party to this action.

On February 9, 2018, I served the following documents:

1. Complaint for Breach of Contract, for Money Lent, Had and Received, for Breach of Personal Guaranty, and for Declaratory Relief;

2. Amended Summons in an Adversary Proceeding;

3. Notice of Requirement to Comply with Bankruptcy Local Rule 7016.

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On February 9, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☑ Chapter 7 Trustee: Ronald E. Stadtmueller:ecfstadt@aol.com;res@trustesolutions.net;ecfstadt@gmail

☑ For Chpt. 7, 11, & 12 cases:  ☐ For ODD numbered Chapter 13 cases:  ☐ For EVEN numbered Chapter 13 cases:
UNITED STATES TRUSTEE            THOMAS H. BILLINGSLEA, JR., TRUSTEE    DAVID L. SKELTON, TRUSTEE
ustp.region15@usdoj.gov          Billingslea@thb.coxatwork.com           admin@ch13.sdcoxmail.com
                                                                         dskelton13@ecf.epiqsystems.com

CSD 3010

CSD 3010 [12/01/15] (Page 2)

2. **Served by United States Mail or Overnight Mail**:

On  February 9, 2018  ,I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail via 1) first class, postage prepaid, 2) ~~certified mail with receipt number or~~ 3) ~~overnight mail service~~, addressed as follows:

SEE ATTACHED SERVICE LIST

3. **Served by Personal Delivery, Facsimile Transmission or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on  _____  , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  February 9, 2018           /s/ Gina R. Lucas
              (Date)                    (Typed Name and Signature)

                                        15373 Innovation Drive, Suite 210
                                        (Address)

                                        San Diego, CA 92128
                                        (City, State, ZIP Code)

CSD 3010

# Attachment to Proof of Service

**Service List:**

Beverly Hills Property Management, a
California corporation, aka/fka Beverly Hills
Property Management and Concierge Services
Attn.: Peter Ferguson, Agent for Service of Process
7401 Coastal View Dr.
Los Angeles, CA 90292

Beverly Hills Property Management, a
California corporation, aka/fka Beverly Hills
Property Management and Concierge Services
Attn.: Peter Ferguson, President
P.O. Box 12199
Marina Del Rey, CA 90295

Beverly Hills Property Management Valet, a
California corporation, aka/fka Beverly Hills
Property Management and Concierge Service
Attn.: Peter Ferguson, Agent for Service of Process
7401 Coastal View Drive
Los Angeles, CA 90045

Beverly Hills Property Management Valet, a
California corporation, aka/fka Beverly Hills
Property Management and Concierge Service
Attn.: Peter Ferguson, President
7401 Coastal View Drive
Los Angeles, CA 90045

Peter Ferguson, aka Peter A. Ferguson,
individually and dba Beverly Hills Property
Management, also dba Beverly Hills Property
Management Valet, also dba Beverly Hills
Property Management and Concierge Service
7401 Coastal View Dr.
Los Angeles, CA 90045-1272